Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-cr-00043-WMW-1 |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| GUADALUPE GARCIA DELGADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant having met all conditions of deferral, the United States hereby moves

the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of

Court endorsed hereon.

Dated: August 16, 2011                     NATIONAL PARK SERVICE

                                           /S/ Susan St. Vincent_____
                                           Susan St. Vincent
                                           Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   August 21, 2011            _/s/ Michael J. Seng____
                                           UNITED STATES MAGISTRATE JUDGE

1